Michael C. Fallon, SBN 088313
Attorney at Law
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
Facsimile: (707) 546-5775
mcfallon@fallonlaw.net

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                              Case No.  11-13062

Michael Wayne Silvas                                Chapter 11
Jill Rae Silvas

    Debtors.
_____/

CHAPTER 11 DEBTORS' APPLICATION FOR
ORDER CONVERTING CASE TO CHAPTER 7
ORDER THEREON

    The Debtors hereby apply for order pursuant to 11 USC § 1112 converting this case to Chapter 7 and represent:

    1. On August 17, 2011, the debtors filed a Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code, and they are debtors in possession;

    2. This case was originally commenced as a voluntary case under this chapter;

    3. This case was not converted to a case under this chapter.

    WHEREFORE, the Debtors pray the court convert this case to chapter 7.

Dated: December 1, 2011

                                        /s/ *Michael C. Fallon*
                                        _____
                                        Michael C Fallon
                                        Attorney for the Debtor

//

//

ORDER

IT IS SO ORDERED.

Dated: December 2, 2011

Alan Jaroslovsky
U.S. Bankruptcy Judge