IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re
Michael Wayne Silvas and
Jill Rae Silvas

Chapter: 7

Case No.: 11-13062

                Debtor(s).            /

FINAL DECREE

The estate of the above named debtor has been fully administered.

    ( ) The deposit required by the plan has been distributed.

IT IS ORDERED THAT:

    (X) Timothy W. Hoffman is discharged as trustee of the estate of the above named debtor and the bond is canceled;

    (X) the chapter 7 case of the above-named debtor is closed; and

    ( ) [other provisions as needed]

Dated: September 25, 2015

Alan Jaroslovsky
U.S. Bankruptcy Judge